ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| SP FIBER TECHNOLOGIES, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 3:14-CV-068 |
| SOLSTICE, INC., | * | |
| Defendant. | * | |

# ORDER

On December 20, 2014, the parties to this case filed a Stipulation of Dismissal. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff's claims against Defendant and Defendant's counterclaims against Plaintiff are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of January, 2015.

UNITED STATES DISTRICT JUDGE